99 P.3d 1068

# SUPREME COURT OF HAWAI'I

**September 23, 2004**

| 24623 | Smith v. City and County of Honolulu, Dept. of Human Resources | Affirmed |
|---|---|---|

**October 28, 2004**

| 24415 | United Public Workers, AFSCME, Local 646, AFL-CIO v. Lingle | Affirmed |
|---|---|---|

**November 5, 2004**

| 23890 | Guia v. Arakaki | Affirmed |
|---|---|---|